**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:James J. Gutpelet** | : CHAPTER 13 |
| **xxx-xx-6183** | : |
| **Elizabeth Anne Gutpelet** | : CASE NO. 19-15435-ELF |
| **xxx-xx-9013** | : HEARING DATE: 12/17/2019 |
| **315 Francis Avenue** | : TIME: 1:00 P.M. |
| **Norristown PA 19401** | : LOCATION: COURT ROOM No. 1 |
| | : United States Bankruptcy Ct. |
| **Debtors** | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |
| | : |

## ORDER

AND NOW, this **8th day of January 2020**, upon consideration of the Objection of the Debtors to the proof of claim of American Credit Acceptance LLC, claim No. 8, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **OVERRULED WITHOUT PREJUDICE** to the rights of both parties with respect to the determination of the appropriate rate of interest to be paid on the claim upon confirmation of a chapter 13 plan, that determination being reserved for the hearing on confirmation of the plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**