**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> James Gutpelet, <br>    Debtor. <br><br> Elizabeth A. Gutpelet <br>    Joint Debtor. <br><br> U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1, <br>    Movant. <br><br> v. <br><br> James Gutpelet, <br> AND <br> Elizabeth A. Gutpelet, <br>    Debtor/Respondent, <br> KENNETH E. WEST, <br>    Trustee/Respondent. | Bankruptcy No. 19-15435-elf <br><br> Chapter 13 <br><br> Related Doc.: 80 |

## PRAECIPE TO RESCHEDULE HEARING ON MOTION FOR RELIEF

    Secured Creditor, U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 requests the Court to reschedule a hearing on the Motion for Relief (Doc.: 80) filed on May 7, 2021.

Date: December 15, 2022

                                               Respectfully Submitted:

                                               **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                               By: /s/ Charles G. Wohlrab
                                               Charles G. Wohlrab, Esq.
                                               Attorney for Secured Creditor
                                               10700 Abbott's Bridge Rd., Suite 170
                                               Duluth, GA  30097

Telephone: (470) 321-7112
PA Bar Number 314532
Email: cwohlrab@raslg.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**James Gutpelet,**<br>  Debtor.<br><br>**Elizabeth A. Gutpelet**<br>  Joint Debtor.<br><br>**U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1,**<br>  Movant.<br><br>v.<br><br>**James Gutpelet,**<br><br>AND<br><br>**Elizabeth A. Gutpelet,**<br>  Debtor/Respondent,<br><br>**KENNETH E. WEST,**<br>  Trustee/Respondent. | **Bankruptcy No. 19-15435-elf**<br><br>**Chapter 13**<br><br>**Related Doc.: 80** |

## <u>CERTIFICATE OF SERVICE OF PRAECIPE TO RESCHEDULE HEARING ON MOTION FOR RELIEF</u>

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **<u>December 15, 2022</u>**, I served copies of the Praecipe to Reschedule Hearing on Motion for Relief upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

James Gutpelet
315 Francis Avenue
East Norriton, PA 19401

Elizabeth A. Gutpelet
315 Francis Avenue

East Norriton, PA 19401

MICHAEL W. GALLAGHER
M.W. Gallagher Esquire
600 West Germantown Pike
Suite 400
Plymouth Meeting, PA 19462

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

Date: December 15, 2022

Respectfully Submitted:

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112
PA Bar Number 314532
Email: cwohlrab@raslg.com